FILED

1    JOSEPH D. RISTA
     14735 WEST TELEGRAPH ROAD        2019 APR 11 PM 2:43
2    SANTA PAULA, CALIFORNIA 93060

3

     Defendant IN PROPRIA PERSONA
4

5

6                 **UNITED STATES DISTRICT COURT**

7                **CENTRAL DISTRICT OF CALIFORNIA**

8

9    UNITED STATES OF AMERICA      )   CASE NO.: <u>2:19-cv-2000-WDK-AFMx</u>
                               )
10                                )
                               )
11              Plaintiff,    )   **ANSWER TO COMPLAINT ON PROMISSORY**
                               )   **NOTE(S)**
12                                )
                               )
13    vs.                         )
                               )
14                                )
                               )
15    JOSEPH D. RISTA             )
                               )
16                                )
                               )
17              Defendants.    )
18                                )

19

20       **COMES NOW** Defendant JOSEPH D. RISTA (hereinafter, the

21 "Defendant") and answers Plaintiff's allegations and complaint

22 (hereinafter, the "Complaint") filed "03/18/19" as follows:

23       1.    In answer to paragraph 1 of the Complaint, upon information

24 and belief, Defendant denies that proper jurisdiction was gained over

25 Defendant as Plaintiff failed to affect proper "substitute service"

26 upon Defendant as Defendant was in Northern California at that time,

27 and the Third-Party served asserts that no prior efforts to serve

28

before that single attempt had been made by the server of process, and that as a result, this Court lacks sufficient jurisdiction over Defendant, and Defendant lacks sufficient information and belief regarding all other allegations of Plaintiff in that paragraph, and basing his denials on this, denies each and every remaining allegation contained in said paragraph.

2. In answer to paragraph 2 of the Complaint, Defendant lacks sufficient information and belief regarding Plaintiff's claim(s) as said "promissory note" was executed under duress and/or undue influence and/or without regard to Defendant's ability or request to have said promissory note scrutinized by legal counsel, thereby making said note a contract of adhesion and the result of undue influence, and basing his denials on this, denies each and every allegation contained in said paragraph.

3. In answer to paragraph 3 of the Complaint, Defendant lacks sufficient information and belief regarding Plaintiff's claim(s) in that paragraph, and basing his denials on this, denies each and every allegation contained in said paragraph.

4. In answer to paragraph 4 of the Complaint, Defendant lacks sufficient information and belief regarding Plaintiff's claim(s) in that paragraph, and basing his denials on this, denies each and every allegation contained in said paragraph.

5. In answer to paragraph 1 of the Complaint, upon information and belief, Defendant denies that "all payments and proper credits"

-2-

have been applied to the debt as alleged, but lacks sufficient
information and belief regarding Plaintiff's remaining claim(s) in
that paragraph, and basing his denials on this, denies each and every
allegation contained in said paragraph.

**WHEREFORE**, Defendant prays for judgment against Plaintiff as
follows:

1.   As to Plaintiff's First Claim:

That Plaintiff takes nothing by way of its Complaint due to
adhesion, statute of limitations, and defenses of coercion
and/or duress and/or undue influence;

2.   And upon all claims:

That Plaintiff not be granted "costs incurred" but that
Defendant be granted all costs incurred;

That Plaintiff not be granted "reasonable attorney's fees"
but that Defendant be granted reasonable attorney's fees;

That the Court grants such other and further relief as the
Court deems just and proper in Defendant's favor.

**WHEREFORE**, Defendant prays for judgment in favor of Defendant
alone and grants nothing to Plaintiff by way of its faulty complaint.

Date: <u>APRIL 10, 2019</u>                    _____
                                              JOSEPH D. RISTA, Defendant

ANSWER TO COMPLAINT ON PROMISSORY NOTE(S);
CASE NO. <u>2:19-CV-2000-WDK-AFMx</u>

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### AFFIRMATIVE DEFENSES

#### FIRST AFFIRMATIVE DEFENSE
#### ACCORD AND SATISFACTION

Defendant has made partial satisfaction of all monies claimed due to plaintiff in amounts not accurately alleged by Plaintiff in its' Complaint which makes that pleading inaccurate and/or improper, and which may cause a lack of jurisdiction due to the lessened amount actually owed, if any;

#### SECOND AFFIRMATIVE DEFENSE
#### DURESS AND UNDUE INFLUENCE

Plaintiff and/or plaintiff's representatives exerted duress and/or undue influence upon defendant to sign the promissory note of October 26, 2006 without granting defendant sufficient time to fully understand said Promissory Note;

#### THIRD AFFIRMATIE DEFENSE
#### ESTOPPEL

Collection is prevented under the doctrine of estoppel as Plaintiff represented to defendant that collection(s) under the subject Promissory Note would not be subject to legal suit or complaint;

#### FOURTH AFFIRMATIVE DEFENSE
#### LACHES

Plaintiff is/are barred under the doctrine of laches as from the date of defendant's last payment to the date of filing exceeds any statute of limitations for the collection of the debt complained of;

-4-

1

2

### FIFTH AFFIRMATIVE DEFENSE
### PAYMENT / OFFSET

3      Defendant made numerous payments in U.S. Dollars as payment on

4  any and all debts defendant owed or may have owed to plaintiff and

5  the debt as asserted is inflated and incorrect and does not fully

6  and/or adequately reflect those payments;

7

### SIXTH AFFIRMATIVE DEFENSE
### STATUTE OF LIMITATIONS

8

9      Plaintiff is/are barred under the statute of limitations as the

10

11 date of defendant's last payment to the date of filing by Plaintiff

12 of its Complaint exceeds any statute of limitations for the

13 collection of the debt complained of;

14

### SEVENTH AFFIRMATIVE DEFENSE
### CONTRACT OF ADHESION

15

16     Defendant was denied the ability to have the 'promissory note'

17   scrutinized by legal counsel or to understand what defendant was

18   signing, as plaintiff's representative(s) demanded immediacy, and

19   defendant therefore did not understand the terms and conditions of

20    the Promissory Note or Plaintiff's ability to sue there under;

21

22

23

24

25

26

27

28

ANSWER TO COMPLAINT ON PROMISSORY NOTE(S);
CASE NO. 2:19-CV-2000-WDK-AFMx

## VERIFICATION BY JOSEPH D. RISTA

I, JOSEPH D. RISTA, do hereby verify that I am the defendant and declarant in the above-entitled action and that under Federal Rules of Civil Procedure, Rule 11, by signing below, I certify to the best of my knowledge, information and belief that this Answer: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the motion and declaration otherwise complies  with the requirements of Rule 11.

Executed on APRIL 10, 2019 in the City of San Jose, County of Santa Clara, California

_____
JOSEPH D. RISTA, Defendant and
Declarant

-6-

ANSWER TO COMPLAINT ON PROMISSORY NOTE(S);
CASE NO. 2:19-CV-2000-WDK-AFMx

**PROOF OF SERVICE OF DOCUMENT**

I am employed in the County of Ventura, in the State of California. I am over the age of 18 and not a party to the within action. My business address is: P.O. BOX 954, NEWBURY PARK, CALIFORNIA 91319-0954.

On APRIL 11, 2019, a true and correct copy of the foregoing document entitled: DEFENDANT'S ANSWER TO COMPLAINT ON PROMISSORY NOTE(S) W/AFFIRMATIVE DEFENSES AND DEFENDANT'S VERIFICATION;

will be served or was served **(a)** on the judge in chambers in the form and manner required by local rule; and **(b)** in the manner stated below:

  BY MAILED BY U.S. PRIORITY MAIL;

1.  **SERVED BY UNITED STATES MAIL**:

On APRIL 11, 2019, I served the following persons and/or entities at the last known addresses in this case by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

STEPHEN R. GOLDSMITH                         HON. WILLIAM D. KELLER, JUDGE
16933 PARTHENIA STREET, SUITE 110            350 W. FIRST STREET, CTRM 5C
NORTHRIDGE, CALIFORNIA 91343                 LOS ANGELES, CALIFORNIA 90012

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| APRIL 11, 2019 | CATHERINE L. RISTA | |
|---|---|---|
| Date | Printed Name | Signature |

-7-

ANSWER TO COMPLAINT ON PROMISSORY NOTE(S);
CASE NO. 2:19-CV-2000-WDK-AFMx