UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Case No. | CV19-2000 WDK (AFMx) | Date | April 15, 2019 |
|---|---|---|---|
| Title | United States of America v. Joseph D. Rista | | |

| Present | The Honorable William D. Keller, Senior United States District Judge | |
|---|---|---|
| | Stephen Montes Kerr | None |
| | Courtroom Deputy | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** **(In Chambers) ORDER REFERRING MATTER TO ADR COORDINATOR FOR SETTLEMENT CONFERENCE**

Pursuant to Local Rule 16-15.1 *et seq.*, the parties in all civil cases <u>*must participate*</u> in an alternative dispute resolution (ADR) process prior to trial.

The Court has reviewed the complaint and answer, and refers this matter to the Court's ADR Coordinator, (213.894.1215), for a settlement conference. The settlement conference must occur no later than ninety (90) days from the date of this order.

In addition, the parties shall file a joint report indicating whether the case settled, or not, no later than seven (7) days after the settlement conference is completed.

**SO ORDERED.**

cc: ADR Coordinator

Initials of Preparer      SMO