# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
| --- | --- |
| v.   Plaintiff(s) | 19-CV-02000-WDK-AFM |
| JOSEPH D. RISTA | **NOTICE OF MEDIATION DATE** |
| Defendant(s). | |

YOU ARE HEREBY NOTIFIED THAT THE PANEL MEDIATOR HAS SCHEDULED A MEDIATION IN THE ABOVE-CAPTIONED CASE

for July 9, 2019 at 2:30 ☐ a.m. / ☑ p.m.

LOCATION: 865 S. Figueroa Street, Suite 1388, Los Angeles, California 90017

---

**The mediation session must be completed and an ADR-03 Report must be filed on or before the Court-ordered completion date.**

---

Continuances are not favored and can only be granted by the Mediator up to the Court-ordered completion date. Absent extraordinary circumstances, parties cannot request a continuance within three (3) business days of a scheduled mediation.


Dated: June 12, 2019

**Panel Mediator:** Phyllis G. Pollack, Esq.
**Address:** 865 South Figueroa Street, Suite 1388
Los Angeles, CA 90017
e-mail: phyllis@pgpmediation.com
**Phone:** Tel:(213)630-8810